(130 So. 918)

## Jim BROOKS v. STATE.
### 4 Div. 742.

Court of Appeals of Alabama.
Nov. 18, 1930.

BRICKEN, P. J.

There was a general verdict of guilty under an indictment which charged, in proper form and substance, this defendant with the offenses of unlawfully possessing a still, etc., and of making, manufacturing, or distilling prohibited liquors. He was duly sentenced to imprisonment in the penitentiary.

The appeal here is upon the record proper; there being no bill of exceptions. As the record is regular and without error, the judgment of the lower court appealed from is affirmed.

Affirmed.

(131 So. 914)

## John BROWN v. STATE.
### 7 Div. 777.

Court of Appeals of Alabama.
Jan. 3, 1931.

PER CURIAM.

Appeal dismissed on motion of appellant.

(132 So. 910)

## Russell BROWN v. STATE.
### 7 Div. 744.

Court of Appeals of Alabama.
March 17, 1931.

John B. Isbell, of Ft. Payne, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

RICE, J.

Conviction for unlawfully distilling, etc., prohibited liquor.

There is only one question apparent, whether or not there was sufficient corroboration of the testimony of an accomplice to support the verdict of the jury, under the provisions of Code 1923, § 5635, the testimony of the said accomplice in this case, completely supporting the charge made against appellant.

It will suffice to say that we have read and considered the entire testimony in the case, sitting en banc, and that we are of the opinion, and hold, that there was corroboration of the testimony of the accomplice, in the sense required by the above-cited Code section, to support the conviction.

The judgment is affirmed.

Affirmed.

(130 So. 919)

## R. W. BROWNING v. Jack LOCKETT.
### 5 Div. 812.

Court of Appeals of Alabama.
Nov. 20, 1930.

PER CURIAM.

Appeal dismissed by appellant.

See, also, 23 Ala. App. 548, 129 So. 295.

(138 So. 920)

## Shelly BRYSON v. STATE.
### 6 Div. 105.

Court of Appeals of Alabama.
Dec. 15, 1931.

RICE, J.
Affirmed.

(131 So. 914)

## A. BUMPASS v. STATE.
### 6 Div. 800.

Court of Appeals of Alabama.
Dec. 16, 1930.

RICE, J.
Affirmed.